■ NEW HAMPSHIRE INSURANCE COMPANY, Appellant, v VARDA, INC., et al., Respondents, et al., Defendants. (And a Third-Party Action.) [687 NYS2d 261] —Order, Supreme Court, New York County (Carol Huff, J.), entered July 23, 1998, which denied plaintiff's motion to quash a subpoena duces tecum served upon a nonparty, unanimously affirmed, without costs.

Plaintiff's motion to quash was properly denied, since the information sought by defendants' subpoena duces tecum was not " 'utterly irrelevant to any proper inquiry' " (*Ayubo v Eastman Kodak Co.*, 158 AD2d 641, 642; *Pagan v City of New York*, 180 AD2d 545). We have considered plaintiff's additional arguments and find them unavailing. Concur—Tom, J. P., Wallach, Lerner and Rubin, JJ.

■ In the Matter of STEPHEN HARVEY SEIGEL (Admitted as STEPHEN HARVEY BEZOZO), a Disbarred Attorney. [691 NYS2d 757] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a Referee for a hearing and report, as indicated. No opinion. Concur—Ellerin, P. J., Sullivan, Andrias, Saxe and Friedman, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. IAN R. GRODMAN, Admitted in 1993, at a Term of the Appellate Division, Third Judicial Department. [699 NYS2d 669] —Motion for reinstatement transferred to the Appellate Division, Third Judicial Department, for disposition. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ.

■ In the Matter of DANIEL SIEGEL, a Suspended Attorney. [699 NYS2d 668] —Application for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Rosenberger, J. P., Wallach, Rubin, Mazzarelli and Andrias, JJ.